FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA MAGALLANES | No: 1:17-cv-3100-FVS |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

BEFORE THE COURT is Defendant's Motion to Dismiss. ECF No. 8. On October 18, 2017, this Court entered an Order to Show Cause directing Plaintiff to show cause on or before November 17, 2017 as to why this case should not be dismissed for failure to comply with Local Rules and failure to prosecute. ECF No. 9. Plaintiff did not respond to Defendant's motion or to the Court's order. On February 5, 2018, this Court entered an Order Directing Supplemental Briefing and

notifying Plaintiff that the matter would be dismissed with prejudice if Plaintiff failed to respond by February 19, 2018. Plaintiff did not respond.

The Court, having reviewed the administrative record and Defendant's briefing, is fully informed. Based on Plaintiff's failure to respond, the Court concludes the matter should be dismissed under LR 7.1(d) and FRCP 41(b).

**ACCORDINGLY,**

1. Defendant's Motion to Dismiss, ECF No. 8, is **GRANTED**.

2. Plaintiff's Complaint, ECF No. 3, is **DISMISSED** with prejudice under LR 7.1(d) and FRCP 41(b).

The District Court Executive is directed to file this Order, forward copies to counsel, and enter judgment accordingly, and the file shall be **CLOSED**.

DATED February 26, 2018.

s/*Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge